# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:05-CR-00009-KDB-DCK

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>v.<br><br>CLIFFORD JEROME CLEMENT,<br><br>   Defendant. | **ORDER** |

  Pursuant to the First Step Act of 2018 and upon Motion of Defendant **CLIFFORD JEROME CLEMENT** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS**.

  The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 8 years on Count 1.

  All other terms and conditions of Defendant's sentence remain in full force and effect.

  **IT IS SO ORDERED.**

Signed: January 9, 2020

Kenneth D. Bell
United States District Judge